# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00055-CV

**Tony Ford Ozuna and Bennie Doggett, Appellants**

**v.**

**Franklin Equity Leasing Company, Inc. d/b/a Felco Autolease and
Felco Title Trust, Appellees**

**FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
NO. 259,367, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellants Tony Ford Ozuna and Bennie Doggett move to dismiss their appeal. *See* Tex.

R. App. P. 42.1. Appellees do not oppose the motion. We grant the motion and dismiss the appeal. *Id*.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants= Motion

Filed: February 21, 2002